NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**C-CATION TECHNOLOGIES, LLC,**
*Appellant*

v.

**ARRIS GROUP, INC., COX COMMUNICATIONS, INC.,**
*Appellees*

---

2016-2561

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00635, IPR2015-01796.

---

**JUDGMENT**

---

WALTER E. HANLEY, JR., Andrews Kurth Kenyon LLP, New York, NY, argued for appellant. Also represented by ARMIN GHIAM, SHEILA MORTAZAVI.

ANDREW RYAN SOMMER, Winston & Strawn LLP, Washington, DC, argued for appellees. Appellee ARRIS Group, Inc. also represented by ERIC M. GOLDSTEIN; JONATHAN E. RETSKY, Chicago, IL.

MITCHELL G. STOCKWELL, Kilpatrick Townsend & Stockton LLP, Atlanta, GA, for appellee Cox Communications, Inc. Also represented by RICHARD W. GOLDSTUCKER, MICHAEL TURTON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 11, 2017
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court